# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2024 KW 1078

**DECEMBER 23, 2024**

---

In Re:    Terry Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT GRANTED** for the purpose of transferring to the district court, for consideration as a motion to compel. The original of the writ application will be forwarded to the district court clerk of court.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT